**The Law Office Of James M. Wadleigh, P.L.L.C.**

2455 E. Speedway Blvd., Suite 104
Tucson, Arizona  85719
TELEPHONE: (520) 325-3082
FACSIMILE: (520) 325-3154

James M. Wadleigh, SB No. 022744 / PCC #65714
Attorney for Plaintiff
jmw@jameswadleighlaw.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| PATRICK ANDREWS,<br><br>            Plaintiff,<br><br>   vs.<br><br><br>UNITED STATES OF AMERICA and<br>JON RAYMOND MCQUILLAN,<br><br><br>            Defendants. | **COMPLAINT** |

### COMPLAINT FOR DAMAGES UNDER THE FEDERAL TORT CLAIMS ACT

1.      Plainitff, Patrick Andrews, by counsel, for his complaint against the Defendants, United States of America, and Jon Raymond McQuillan states as follows:

### INTRODUCTION

2.      This is a civil action seeking monetary damages against Defendants for committing acts or omissions of negligence against Plaintiff.

1

## JURISDICTION

3. Jurisdiction is founded upon the federal law is proper in that this action is premised upon federal causes of action under the Federal Tort Claims Act (hereinafter "FTCA"), 28 USC § 2671, *et. seq.*

4. Pursuant to the FTCA, 28 USC § 2671, et. seq., the Plaintiff on or about September 14, 2017, presented his claim to the appropriate federal agency for administrative settlement under the FTCA requesting $16,500.00. On April 10, 2018, Plaintiff's claim was denied in writing. See a copy of the denial letter attached hereto as Exhibit "A." This lawsuit was then timely filed.

5. This action is timely pursuant to 28 USC § 2401(b) in that it was presented to the appropriate federal agency within two years of accrual and this action was filed within six months of receipt of the letter sent by the federal agency denying the claim.

6. Venue is proper in this district pursuant to 28 USC §§ 1391(e)(1)(c), as this is a civil action in which Defendant is the United States and the Plaintiff resides in this district and no real property is involved in this action.

## PARTIES

7. Plaintiff, Patrick Andrew, is a resident of Tucson, Arizona and a citizen of the United States of America.

8. Defendant, Jon Raymond McQuillan, is an individual employed by the Defendant, United States of America.

9. Defendant, United States of America, is subject to suit for personal injury and property damage caused by the negligent and wrongful acts and omissions of employees of the Government while acting within the course and scope of their office or employment, under the circumstances where the Defendant, if a private person, would be liable to the Plaintiff, pursuant to the FTCA.

10. Plaintiff sues Defendant, Jon Raymond McQuillan, in both his individual capacity and as agent of Defendant, United States of America.

## COUNT ONE – NEGLIGENCE

11. Plaintiff repeats and re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 10 above with the same force and effect as if herein set forth.

12. On or about May 5, 2017, the Plaintiff, Patrick Andrews, was operating his motor vehicle, a 2010 Subaru Forester, which he was driving westbound along and upon Interstate 10 at or near milepost 145 within the County of Maricopa, State of Arizona.

13. At said time and place, the Defendant, Jon Raymond McQuillan, was the driver of another vehicle, a 2016 Dodge Caravan, acting on his own behalf and as authorized agent of Defendant, United States of America, while operating said Dodge Caravan westbound on Interstate 10 at or near milepost 145 within the State of Arizona.

14. At this time and place, it became and was the duty of the Defendant, Jon Raymond McQuillan, to exercise due care and caution in the operation of his motor vehicle having due regard for the traffic and use of the roadway.

15. At this time and place, the Defendant, Jon Raymond McQuillan, negligently drove his automobile into the rear of Plaintiff's vehicle causing Plaintiff to collide with the vehicle in front of him.

16. The Defendant, Jon Raymond McQuillan, was then and there responsible of one or more of the following negligent acts or omissions: negligently and carelessly operating his motor vehicle without due regard for other vehicles rightfully and lawfully along the way; negligently and carelessly operating his motor vehicle at a high and dangerous rate of speed; negligently and carelessly operating his motor vehicle without sufficient control for conditions prevailing along

said roadway; failing to stop his motor vehicle in time to avoid a collision, although collision was imminent, and where he had ample time and opportunity to avoid it; negligently driving his motor vehicle without sufficient brakes; or in the alternative, if such brakes were adequate, negligently failing to apply such brakes so as to control the speed of his vehicle and to avoid the aforesaid collision; driving his motor vehicle too fast and in such a manner that operation became dangerous, for the prevailing weather and road conditions; driving his motor vehicle in disregard of the prevailing road, weather and traffic conditions, so as to constitute a driving hazard and/or failing to keep a proper lookout for other vehicles along the roadway.

17.   As a direct and proximate result of one or more of these aforesaid negligent acts or omissions, the Defendant, Jon Raymond McQuillan, caused a collision with Plaintiff's vehicle causing the Plaintiff to be injured.  These injuries caused the Plaintiff to experience pain and suffering, loss of income and money spent on repairing his vehicle.

## COUNT TWO – RESPONDEAT SUPERIOR

18.   Plaintiff repeats and re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 17 above with the same force and effect as if herein set forth.

19.   On or about May 5, 2017, and at the time of the collision with Plaintiff as heretofore described, Defendant, Jon Raymond McQuillan, was acting within the scope of his employment with defendant, United States of America as an employee of the Federal Bureau of Investigations.

   WHEREFORE, the Plaintiff, Patrick Andrews, prays for damages against the Defendant, Jon Raymond McQuillan, individually and as agent of United States of America, and against the Defendant, United States of America, based upon the negligent acts of its agent, Defendant Jon Raymond McQuillan:

1. For special damages in an amount to be determined herein;

2. For compensatory damages in a just and reasonable amount;

3. For Plaintiff's cost of suit incurred herein;

4. For pre-judgment interest to the extent allowed by law;

5. For such other and further relief as the Court or jury deems just and proper.

**DATED** this  6th  day of  July , 2018.


**The Law Office Of James M. Wadleigh P.L.L.C.**


By:    /s/ James Wadleigh
      James M. Wadleigh
      Attorney for Plaintiff